UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FIFE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:18-cv-00950-DAD-BAM<br><br><br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), plaintiff's motion to remand (Doc. No. 4) is hereby referred to Magistrate Judge Barbara A. McAuliffe for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for September 18, 2018 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated, to be reset if necessary by Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **September 6, 2018**

_____
UNITED STATES DISTRICT JUDGE

1