# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FIFE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERMAN-WILLIAMS COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 1:18-cv-00950-DAD-BAM<br><br>**STIPULATION AND ORDER TO STAY RULING ON PLAINTIFF'S MOTION FOR REMAND AND CONTINUE SCHEDULING CONFERENCE**<br><br>(ECF No. 11) |

The Court, having reviewed the parties' Joint Stipulation to Stay Ruling on Plaintiff's Motion for Remand and Continue Scheduling Conference, and finding that good cause has been shown, hereby orders that:

1. The Court will defer ruling on Plaintiff's Motion for Remand until no sooner than March 5, 2019; and

2. The **INITIAL SCHEDULING CONFERENCE** is continued to **April 30, 2019 at 9:30AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A JOINT Scheduling Conference Report listing proposed discovery and trial dates shall be electronically filed one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Microsoft Word format to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **November 13, 2018**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE