# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FIFE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERMAN-WILLIAMS COMPANY, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 1:18-CV-00950-DAD-BAM<br><br>**ORDER GRANTING STIPULATION TO STAY RULING ON PLAINTIFF'S MOTION FOR REMAND AND CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 13) |

The Court, having reviewed the parties' second Joint Stipulation to Stay Ruling on Plaintiff's Motion for Remand and Continue Scheduling Conference filed on December 18, 2018, and finding good cause, HEREBY ORDERS as follows:

1. The Court will defer ruling on Plaintiff's Motion for Remand until no sooner than June 18, 2019; and

2. The **INITIAL SCHEDULING CONFERENCE** is continued to **August 13, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A JOINT Scheduling Conference Report shall be electronically filed one (1) full week prior to the Scheduling Conference and a copy shall be e-mailed in Microsoft Word format to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **December 27, 2018**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE