UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FIFE on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:18-cv-00950-DAD-BAM<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR HEARING DATE ON MOTION TO REMAND AND REQUEST TO ADVANCE INITIAL SCHEDULING CONFERENCE**<br><br>(Doc. No. 16) |

On August 13, 2018, Plaintiff filed a Motion for Remand of this matter to Stanislaus County Superior Court. (Doc. No. 4.) The matter was referred to the undersigned on September 6, 2018, pursuant to 28 U.S.C. § 636(b)(1)(B). (Doc. No. 9.) The motion is fully briefed.

On December 27, 2018, pursuant to the parties' stipulation, the Court deferred ruling on Plaintiff's Motion for Remand until no sooner than June 18, 2019, and continued the Scheduling Conference to August 13, 2019, in order to allow the parties to participate in mediation on April 16, 2019. (Doc. Nos 13, 15.)

On April 17, 2019, Plaintiff filed the instant request to set a hearing date on the Motion for Remand and to advance the Scheduling Conference from August 2019 to a date in May 2019. In the request, Plaintiff explained that the parties participated in mediation on April 16, 2019, but it

1

was not successful. (Doc. No. 16.) Defendant The Sherwin-Williams Company has not filed an opposition to the request.

In light of the request, and having conducted a preliminary review of the papers filed in connection with the Motion for Remand, the Court has determined that the motion is amenable to resolution on the papers without oral argument pursuant to Local Rule 230(g). Accordingly, a hearing on Plaintiff's Motion for Remand will not be scheduled. A written decision will issue as soon as is practicable. Following issuance of a written decision, the Court will consider whether it is necessary to advance the Scheduling Conference currently scheduled for August 13, 2019.

IT IS SO ORDERED.

Dated: **April 25, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE