1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VERNON FIFE, on behalf of himself and          No.  1:18-cv-00950-DAD-BAM
     all others similarly situated,
12
                    Plaintiff,
13                                                   ORDER GRANTING STAY UPON
          v.                                         THE PARTIES' STIPULATION
14
     THE SHERWIN-WILLIAMS                            (Doc. No. 18.)
15   COMPANY,

16                  Defendant.

17

18          On May 13, 2019, the parties filed a joint stipulation to stay this action.  (Doc. No. 18.)

19   Pursuant to that stipulation, the parties agree and jointly request that the court stay the instant

20   action until final approval of the global settlement is granted in the matter of *Brent Anderson v.*

21   *The Sherwin-Williams Company*, No. 5:17-cv-02459, pending in the United States District Court

22   for the Central District of California.  (*Id.* at 2.)  Following the anticipated final approval of that

23   global settlement, plaintiff will seek dismissal of this action with prejudice.  (*Id.*)

24          Having reviewed the file and the parties' stipulation, the court finds good cause to stay the

25   proceedings in this case pending final approval of the global settlement in *Anderson*.

26   Accordingly, and pursuant to the parties' stipulation:

27          1.   The proceedings in this case shall be stayed until final approval of the global

28               settlement in *Anderson*;

                                                    1

2. All previously set dates, and deadlines, including the August 13, 2019 scheduling conference, are vacated until further order of this court;

3. The parties shall file a joint status report no later than October 11, 2019, and every ninety (90) days thereafter while this stay is in effect, informing the court of the status of the proposed global settlement; and

4. The parties are required to notify this court that final approval of the global settlement has been granted within three (3) days of any such order.

IT IS SO ORDERED.

Dated:   **May 14, 2019**

_____
UNITED STATES DISTRICT JUDGE