UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON FIFE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>Defendant. | No. 1:18-cv-00950-DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION<br><br>(Doc. No. 26) |

    This matter is before the court on plaintiff's request for dismissal of this action with prejudice. (Doc. No. 26.)

    On May 14, 2019, pursuant to the parties' stipulation (Doc. No. 18), the court stayed this action pending final approval by the United States District Court for the Central District of California of the global settlement in the matter of *Brent Anderson v. The Sherwin-Williams Company*, No. 5:17-cv-02459. (Doc. No. 19.) In its order staying this action, this court noted that pursuant to the parties' stipulation, "[f]ollowing the anticipated final approval of that global settlement, plaintiff will seek dismissal of this action with prejudice." (*Id.* at 1.)

    On December 11, 2020, plaintiff notified the court that on October 23, 2020, the global settlement was approved by the court in the *Anderson* matter and judgment was entered in that case. (Doc. No. 26 at 2.) Pursuant to the terms of that global settlement, and consistent with the

1

parties' stipulation in this action, plaintiff submitted his pending request for dismissal of this action with prejudice.

Pursuant to the parties' stipulation and the global settlement in the *Anderson* matter, and consistent with this court's order staying this action, the court will grant plaintiff's request to dismiss this action with prejudice.

Accordingly,

1. Plaintiff's request for dismissal of this action with prejudice (Doc. No. 26) is granted; and
2. This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **December 21, 2020**

UNITED STATES DISTRICT JUDGE

2